## Estella M. Coster, Executrix, Appellee, v. Henry Ullrich, Appellant.

### Gen. No. 21,969.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed May 9, 1917.

## Statement of the Case.

Action in assumpsit by Estella M. Coster, executrix of the estate of Henry P. Coster, deceased, plaintiff, against Henry Ullrich, defendant. From a judgment for $2,230 in favor of plaintiff, defendant appeals.

Morton T. Culver, for appellant.

Benjamin F. Bartel, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

## Abstract of the Decision.

Assumpsit, Action of—*when recovery may not be had under common counts.* In an action of assumpsit to recover money alleged to be due, where it appeared that plaintiff's testator and the defendant, who was engaged in the real estate business, had had various transactions together resulting eventually in an agreement to exchange the equity in a farm owned by the deceased, for certain lots, for the purchase of which the defendant held a contract, and where plaintiff filed special counts alleging that the money in question was due from the sale of a farm and that the defendant refused to account for the same, and there was no evidence to support such counts, and plaintiff then relied upon the common counts, *held* that, as plaintiff was seeking to recover purchase money paid on account of the farm and at the same time was retaining the contract for the purchase of the lots, there could be no recovery under the common counts.